IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADRIAN BACA,

    Plaintiff,

v.                                                                 No.: 1:17-cv-00149 KG/KK

STATE FARM INS. CO.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Motion to Dismiss, the Court having reviewed the pleadings and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint filed herein and all remaining claims that were or which could have been asserted in this matter are hereby dismissed, with prejudice, each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GUEBERT BRUCKNER P.C.

By   */s/ Elizabeth M. Piazza*
       Terry R. Guebert
       Elizabeth M. Piazza
       P.O. Box 93880
       Albuquerque, NM 87199-3880
       (505) 823-2300
       tguebert@guebertlaw.com
       epiazza@guebertlaw.com
       *Attorneys for Defendant*

CHAVEZ LAW OFFICES P.A.

By   *Approved by Email on September 29, 2017*
       1220 5th St. NW
       Albuquerque, NM 87102
       (505) 243-4363
       gene@chavezlawoffices.com
       *Attorney for Plaintiff*